**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Denwoody Steed,<br><br>      Petitioner/Appellant,<br>vs.<br><br>Dora Schriro, et al.,<br><br>      Respondents/Appellees. | No. CV-06-2835-PCT-PGR<br><br>ORDER DENYING CERTITIFCATE OF APPEALABILITY |

    The petitioner having filed a Notice of Appeal (doc. #22) from the judgment dismissing his Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254,

    IT IS ORDERED that no certificate of appealability shall be issued by this Court because the petitioner has failed to make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).

    DATED this 16th day of November, 2007.

Paul G. Rosenblatt
United States District Judge